**EXHIBIT 2:** INFRINGEMENT

URL: https://twitter.com/chadloder/status/1273134406065102850?s=20

